# Third District Court of Appeal

## State of Florida

Opinion filed June 10, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-2329
Lower Tribunal Nos. 2001214966 & 13250019340FC

————————————

**Michael Adrian White,**
Appellant,

vs.

**State of Florida Department of Revenue,
Child Support Program, et al.,**
Appellees.

An Appeal from the State of Florida Department of Revenue, Child Support Program.

Michael Adrian White, in proper person.

James Uthmeier, Attorney General, and Sarah C. Prieto, Assistant Attorney General (Fort Lauderdale), for appellee State of Florida Department of Revenue, Child Support Enforcement.

Before SCALES, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Appellant Michael Adrian White (Father) appeals an October 29, 2025 final administrative child support order. The record reflects that, despite receiving notice from appellee Florida Department of Revenue, Child Support Program (the Department) of his right to an administrative hearing, Father provided no response to the Department's notice and did not request a hearing. See § 409.2563(4), Fla. Stat. (2025). Thus, pursuant to sections 61.30 and 409.2563 of the Florida Statutes, the Department entered the challenged final order.

While Father makes several arguments on appeal, these arguments were not preserved below, and therefore, Father has waived his ability to challenge the sufficiency of the evidence relied upon by the Department in support of the Department's determination of Father's support obligations. Chavez v. Dep't of Revenue, Child Support Program, 393 So. 3d 791, 792 (Fla. 3d DCA 2024) ("By waiving his right to a hearing, the Father waived his ability to challenge the sufficiency of the evidence supporting the Department's determination of his child support obligations."); see § 409.2563(7)(b), Fla. Stat. (2025) ("If the parent from whom support is being sought does not file a timely request for a hearing, the parent will be deemed to have waived the right to request a hearing.").

Affirmed.